**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JDS Technologies, Inc.,** | |
| **Plaintiff,** | Case No. 2:15-cv-10385-AC-EAS |
| **v.** | District Judge Avern Cohn |
| **Avigilon USA Corporation, Inc., et al.,** | Magistrate Judge Elizabeth A. Stafford |
| **Defendants.** | |

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS AVIGILON USA CORPORATION, INC. AND AVIGILON CORPORATION TO ANSWER PLAINTIFF'S COMPLAINT**

Upon the below stipulation of the parties,

**IT IS HEREBY ORDERED** that the deadline for Defendants Avigilon USA Corporation, Inc. and Avigilon Corporation (collectively "Avigilon") to answer, move or otherwise respond to the Plaintiff's Complaint (Dkt. No. 1) is EXTENDED to June 24, 2015. No defenses are waived as a result of this stipulation or order.

Dated: June 18, 2015

s/Avern Cohn
Judge Avern Cohn
United States District Judge

**SO STIPULATED:**

/s/ Marc Lorelli
Mark A. Cantor (P32661)
Marc Lorelli (P63156)
Jonathan D. Nikkila (P75666)
Todd Dishman
Brooks Kushman P.C.
1000 Town Center, 22nd Floor
Southfield, MI 48075
(248) 358-4400
mcantor@brookskushman.com
mlorelli@brooksKushman.com
jnikkila@brookskushman.com
tdishman@brookskushman.com

*Attorneys for Plaintiff JDS Technologies, Inc.*

/s/ Kevin W. Kirsch
A. Michael Palizzi (P47262)
Michael C. Simoni (P70042)
Miller, Canfield, Paddock & Stone P.L.C.
150 W. Jefferson Ave., Suite 2500
Detroit, MI 48226
Telephone: (313) 963-6420
Facsimile: (313) 496-8453
palizzi@millercanfield.com
simoni@millercanfield.com

Kevin W. Kirsch
David A. Mancino
Baker & Hostetler LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio  45202-4074
Telephone:     (513) 929-3499
Facsimile:      (513) 929-0303
kkirsch@bakerlaw.com
dmancino@bakerlaw.com

Jared A. Brandyberry
Baker & Hostetler LLP
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone:     (303) 764-4072
Facsimile:      (303) 861-7805
jbrandyberry@bakerlaw.com

Jeb B. Oblak
Baker & Hostetler LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
Telephone:     (215) 564-2168
Facsimile:      (215) 568-3439
joblak@bakerlaw.com

*Attorneys for Defendants Avigilon USA Corporation, Inc. and Avigilon Corporation*